In the United States District Court
For the Northern District of Alabama.

C. Fenderson, AIS #267855,

(Enter above the full name(s) of the plaintiff(s) in this action)

FILED
2016 APR 18 A 11:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

v.

Officer, Brian Robinson
Officer, Clinton Thrasher
Officer, Michael Chambers
Officer, Monika Gasdon
Officer, C. Smith
Officer, Steer, LTTES
Officer, Antjuan Hill
Officer, Clifforde Sutton
Officer, Nearer
Officer, Givones
Correctional, LPN, Amberly Click
Officer, John Rogers
Correctional, LPN, Stevenson
Correctional, MHP, Bonella
(Enter above full name(s) of the defendant(s) in this action)

Correctional, LPN, Pickens
Correctional, MHP, Danielle Austin
Officer, Joshua Murphree
Correctional, Larry Winta
Officer, Fleeton
Correctional, Warden, Angela Mixee
Correctional, RN, Tarsha Scott
Correctional, MHP, Washington
Officer, Robert Felton
Correctional, MHP, Women
Correctional, Banner
Correctional, Robert Hunter
Officer, Lt. Joel Gilbert
(Enter above full name(s) of the defendant(s) in this action)

1. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓)  No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   Defendant(s): _____

2. Court (if Federal Court, name the district; if state Court, name the county) _____

3. Docket Number. _____

4. Name of judge to whom case was assigned. _____

5. Disposition (for example: was the case dismissed? was it appealed? Is it still pending?

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____ N/A

11. Place of present confinement William E. Donaldson Correctional Fac

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

1. What steps did you take? Robinson and Thrasher Correctional Officers

2. What was the result? Officer Chambers and Gasdon and Smith and Lites and A. Hill and Sutton and Nearer and Givones and LPN Click and Rodens and LPN Stevenson and MHP Bonella and

D. If your answer is No, explain why not? LPN Pickens and MHP Austin and Murphree and Lanny Winta and Fleeton and Warden Miree and RN T. Scott and MHP Washington and Lt. K. Felton and MHP Womer and Bonner and MHP R. Hunter and Lt J. Gilbert.

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s): C Fenderson, AIS #267855, Segregation S-18,

William E. Donaldson Correctional Facility,
100, Warrior Lane,

Address    Bessemer AL, 35023,

-2-

IV, Exhaustion of Legal Remedies.

16. There is no! Inmate Grievance procedure in the Alabama Department of Corrections Ar.# 319, Inmate Grievance procedure is not available to inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraph 1-16.

18. The unlawful Deadly Physical Force on plaintiff constitute Assault and Battery Violated plaintiff, C, Fenderson rights and constituted A criminal offense in Alabama under the statutes code 1896 344, Sections § 13A-3-23, section § 13A-12 (8) section § 13A-1-2 (9) of the criminal code of 1975.

19. The broken El-bow and hurst head and teeth broken of plaintiff. Violated plaintiff. C, FENDERSON rights under the statutes sections § 13A-3-23, 13A-1-2(8) 13A-1-2(9) of the criminal code of 1975, and constituted Due process violation unde Color of state law. under the section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901. 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue. to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks.

VI, Prayer For relief,

where fore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21) A declaration that the acts and omissions described herein Violated plaintiffs rights under the statutes under the criminal offense under the title 13A Criminal code, of 1975, and the constitution and laws of the State of Alabama 22) compenseatory ditamages in the amount of $10,000,00 against each defendant jointly and severally 23) Punitive damages in the amount of $10,000,00 against each defendant 24) A jury trial on all issues triable by jury 25) Granting Appointment of counsel 26) Plaintiff cost in this cose 27) Circuit court judges outhority granted them by law to exercise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975.]

The Prison do not have agrievance Proceivre But "I" still made complaint To warden and commissioner "I" was Put on Transfer Donaldson so I Exhaust all available administrative remedies before the filing of This The act of The (ecurn) Officer, Robinson and Officer, Thrasher all (4) is employed as Defendants acted under State Law and color of State Law with Deadly Excessive force as The Plaintiff was Beat and struck with security sticks by (4) Officers Named herein as Defendants In said case Therefore The Plaintiff was Strucka,

"Cooper Green Hospital" 890, Times by The (4) named Defendants as The Plaintiff was placed In 2 free world Hospital where He Hada broken arm in (3) Places and staples In The Head and (3) or (4) Tee The was Knocked out as There was Threats on The Plaintiff Life The Plaintiff was Transfered for His safety as The Plaiff Had fracTure To His feet and ankle area from Deadly Excessive force from Defendants Comaensatory Damages In The amount of $10,000,00 agains T each Defendant Jointly and sererolly for Irrepable Injurys........Punitive Damages In The amount of $10,000,00 again sTeach Defendant Jointly and severally for

BACK

Irre Parable IN jurys............for a Total sum of $80,000,00 Thousand Dollars Total claim Plaintiff Costin Lawsuit,

January, 20, 2016 4:45 to 5:10 P.M. I C Fenderson would like to make a state menton behalf of the assault that took place on me I was for ws to the ground from a blow to my testicle while on the around i was kick-ed again and again to the testicle This type of assault per For Form uedon me was out of hate Because of my convictichue In the process of being Assault to the tes How i Know this to be tret icle I could heara Vaice say and j quote you"ll hever be able to rape another old ladyung uote you"ll hever be able to Rape another This is how j Know said Assault was per for m-ed out of pare hate,

Blood G
L J
P.A.

X C. Fenderson. #167855.
AIS
William E, Donaldson
Correctional Facility,
100, warrior Lane,
Bessemen AL, 35023

C, Fenderson #267855, Segregation H97A.
Bullock Correctional Facility.
P.O. Box 5107,
Union Springs, AL, 36089.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

APR 18 2016

SECURITY

Clerk, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF Alabama
HUGOL, BLACK UNITED STATES COURTHOUSE
1729-5TH AVENUE NORTH

Birmingham, Alabama, 35203